UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:13-00220 |
| | ) | JUDGE SHARP |
| COURTNEY LAMONT SWINTON | ) | |

### MOTION TO EXTEND TIME FOR FILING MOTIONS TO SUPPRESS

Courtney Lamont Swinton, through counsel, respectfully moves this Court to extend the time for filing motions to suppress.

This matter currently is set for trial on April 15, 2014. Mr. Swinton currently is housed at the Bledsoe County Correctional Complex. The logistics of meeting with the client requires additional time to arrange for either travel to the client's location or video conferencing with the client. Defense counsel needs to confer with the client in order to determine whether suppression motions are appropriate. Additional time is required to further review discovery, discuss the case with Mr. Swinton and determine whether motions to suppress should be filed.

Additionally, counsel will be out of the district on military duty from February 24-28, 2014, and would therefore require additional time to meet with client to discuss whether suppression motions are necessary or appropriate.

WHEREFORE for the foregoing reasons, it is respectfully requested that the Court extend the deadline to file motions to suppress for a period of two weeks.

Respectfully submitted,

  s/ *Ronald C. Small*
RONALD C. SMALL (BPR#023150)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
E-mail: ron_small@fd.org

Attorney for Courtney Lamont Swinton